UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN O. EZE
        Plaintiff,

v.                                CIVIL ACTION NO. 17-12116-GAO

MASSACHUSETTS PROPERTY
INSURANCE AND ENDEAVOR
CAPITAL FUNDING, LLC,
        Defendants.

## ORDER
January 8, 2018

**O'TOOLE, D.J.**

Plaintiff John O. Eze initiated this action on October 27, 2017, by filing a complaint and motions for a temporary restraining order and to proceed *in forma pauperis*. *See* Docket Nos. 1-3. At that time, the Court denied the motions. *See* Docket Nos. 5, 6. Because Eze's motion to proceed *in forma pauperis* was incomplete, he was granted 14 days to submit a new, fully completed application. *See* Docket No. 5.

The Court's records indicate that Eze has not renewed his motion to proceed *in forma pauperis* and the time to do so has expired. See Docket. The fact that Eze has not responded to the Court's order suggests that he may have decided not to pursue this matter.

Based on the foregoing, it is hereby ordered that:

1. This action is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with the Court's October 27, 2017 Order.

2. The Clerk shall enter a separate order of dismissal.

**So Ordered.**

                                            /s/ George A. O'Toole, Jr.
                                        **UNITED STATES DISTRICT JUDGE**